PROB 12C
(7/93)

Report Date: June 9, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN - 9 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Paul Reyes                           Case Number: 0980 2:13CR02092-LRS-32

Address of Offender: Homeless, Yakima, Washington

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: May 29, 2014

| | |
|---|---|
| Original Offense: | Theft from Gaming Establishment in Excess of $1,000, 18 U.S.C. § 1167(b) |
| Original Sentence: | Prison 4 months; TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire |
| Date Supervision Commenced: | September 22, 2014 |
| Defense Attorney: | Blaine T. Connaughton |
| Date Supervision Expires: | September 21, 2017 |

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

   1                **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

                    **Special Condition #16**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

                    **Supporting Evidence**: Paul Reyes consumed alcohol, and used methamphetamine and heroin, on May 30, through June 1, 2015.

                    On June 2, 2015, Mr. Reyes reported to the U.S. Probation Office and admitted to consuming alcohol, and using methamphetamine, and heroin, from May 30, through June 1, 2015. The defendant advised he relapsed because he was feeling depressed at the time. Mr. Reyes reviewed and signed an admission of use form acknowledging the aforementioned.

2      **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: Paul Reyes used heroin on June 8, 2015.

On June 8, 2015, the defendant reported to the U.S. Probation Office and admitted to using heroin earlier that day. Mr. Reyes reviewed and signed an admission of use form acknowledging the aforementioned.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the to allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 9, 2015

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

6/9/15
Date