PROB 12C
(7/93)

Report Date: May 27, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Paul Reyes | Case Number: 0980 2:13CR02092-LRS-32 |
| Address of Offender: ▇▇▇▇▇▇▇, Yakima, Washington 98901 | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: May 29, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Theft from Gaming Establishment in Excess of $1,000, 18 U.S.C. § 1167(b) | | |
| Original Sentence: | Prison 4 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: March 3, 2016 | |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: September 21, 2017 | |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |

**Supporting Evidence**: This officer attempted to contact Paul Reyes on May 11, 2016, at the Union Gospel Mission without success.  Staff at the Union Gospel Mission advised the last time the offender signed in was on May 3, 2016.  This officer then attempted to contact the Mr. Reyes at his mother and sister's residence, and the offender's family indicated he was by the home a couple days ago and he seemed to be doing okay.  This officer's business card was left with his family, requesting Mr. Reyes to contact the undersigned.

On May 25, 2016, this officer attempted to locate the offender at his mother and sister's home.  His mother indicated she spoke with him the previous day but advised he is not living at the home, and she is unaware of where he might be residing.  She said he told her he would be contacting this officer and he needed to go back to inpatient treatment.  This same day this officer attempted to contact Mr. Reyes at the Union Gospel Mission but staff indicated they have not seen the offender and he has not signed the admission form.

The offender's whereabouts are currently unknown.

Prob12C
**Re: Reyes, Paul**
May 27, 2016
Page 2

| | | |
|---|---|---|
| | 2 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Reyes failed to submit to urinalysis testing at Merit Resource Services on May 10, and 18, 2016.

3   **Special Condition # 17**: You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer.

**Supporting Evidence**: Mr. Reyes failed to attend his mental health appointments with his counselor on May 3, and 10, 2016. His counselor advised the offender has not rescheduled his weekly appointments.

The offender's counselor has not seen him since April 2016. She spoke with him on May 3, 2016, when he told her he needed to miss his appointment but would attend his appointment the following week. As previously indicated, he missed that appointment and has not contacted her since that time.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 27, 2016

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer
5/27/2016
Date